



Gibney, Anthony & Flaherty, LLP
John Macaluso (JM 2058)
665 Fifth Avenue
New York, New York 10022
Telephone (212) 688-5151
Facsimile (212) 688-8315
E-mail: jmacaluso@gibney.com

*Of Counsel:*
STEPHEN M. GAFFIGAN, P.A.
Stephen M. Gaffigan
312 S.E. 17th Street – Second Floor
Ft. Lauderdale, Florida 33316
Telephone (954) 767-4819
Facsimile (954) 767-4821
Email: stephen@smgpa.net

Attorneys for Plaintiff
Chanel, Inc.

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHANEL, INC., a New York Corporation,<br><br>Plaintiff,<br><br>-against-<br><br>JOSEPH ANTHONY, INC., a New Jersey corporation, and ENIS A. YARTIM a/k/a ANTHONY YARTIM a/k/a ENIS TONY YARTIM a/k/a TONY, an individual, jointly and individually d/b/a JOSEPH ANTHONY, and DOES 1-10<br><br>Defendants. | Case No.<br><br><br>**FED. R. CIV. PRO. 7.1<br>DISCLOSURE STATEMENT** |

Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel of record for plaintiff CHANEL, INC., a private (non-governmental) party, certifies that the following are corporate parents, subsidiaries, and/or affiliates of said party which are publicly held:

None.

DATED:     May 27, 2009

John Macaluso (JM 2058)
Gibney, Anthony & Flaherty, LLP
665 Fifth Avenue
New York, New York 10022
Telephone (212) 688-5151
Facsimile (212) 688-8315
E-mail: jmacaluso@gibney.com

S:\IntlProp\10643 - Gaffigan\00017 - Chanel Inc. v. Joseph Anthony Inc\Rule 7.1.doc