John Macaluso (JM 2058)
GIBNEY, ANTHONY & FLAHERTY, LLP
665 Fifth Avenue
New York, NY  10022
Telephone (212) 688-5151
Facsimile (212) 688-8315
E-mail jmacaluso@gibney.com

Ira A. Finkelstein (IF 0827)
HARNIK & FINKELSTEIN LLP
645 Fifth Avenue
Suite 703
New York, New York 10022-5937
Telephone (212) 599-7575
Facsimile (212) 867-8120
E-mail finkelstein@harnik.com

Attorneys for Defendants
Joseph Anthony, Inc. *et al.*

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHANEL, INC., a New York Corporation, ) | Case No.: 09 CIV 4944 (WHP) |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | **EXTENDING  TIME TO** |
| - against - ) | **RESPOND TO COMPLAINT** |
| ) | |
| ) | |
| JOSEPH ANTHONY, INC., a New Jersey ) | |
| corporation, and ENIS A. YARTIM a/k/a ) | |
| ANTHONY YARTIM a/k/a ENIS TONY ) | |
| YARTIM a/k/a TONY, an individual, jointly ) | |
| and individually d/b/a JOSEPH ANTHONY ) | |
| and DOES 1-10, ) | |
| ) | |
| Defendants. ) | |

It is hereby STIPULATED and AGREED by and between all of the parties herein that,

there having being no previous adjournments of Defendants' time to respond to the Complaint,

the time within which defendants shall respond to the complaint is hereby extended for a period

of thirty (30) days, from July 13, 2009 to and including August 12, 2009.


Dated: New York, New York
       July 10, 2009

John Macaluso (JM 2058)                          Ira A. Finkelstein (IF 0827)
Gibney, Anthony & Flaherty, LLP                  Harnik & Finkelstein LLP
665 Fifth Avenue                                 645 Fifth Avenue, Suite 703
New York, NY 10022                               New York, NY 10022
Telephone (212) 688-5151                         Telephone (212) 599-7575
Facsimile (212) 688-8315                         Facsimile (212) 867-8120
E-mail jmacaluso@gibney.com                      E-mail finkelstein@harnik.com
Attorneys for Plaintiff                          Attorneys for Defendants


                        SO ORDERED:



                        Hon. William H. Pauley III
                        United States District Judge

July 15, 2009