USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/21/2009

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                          :
CHANEL, INC.,                             :
                                          :
                Plaintiff,                :     09 Civ. 4944 (WHP)
                                          :
       -against-                          :     SCHEDULING ORDER
                                          :
JOSEPH ANTHONY, INC. et al.,              :
                                          :
                Defendants.               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

        The initial pre-trial conference is re-scheduled for September 25, 2009, at 10:45 a.m.

Dated: August 20, 2009
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*Counsel of Record:*

John Macalusa, Esq.
Gibney, Anthony & Flaherty, LLP
665 Fifth Avenue
New York, NY 10022

Stephen M. Gaffigan, Esq.
Stephen M. Gaffigan, P.A.
312 S.E. 17th Street, Second Floor
Ft. Lauderdale, FL 33316
*Counsel for Plaintiff*

-1-