HARNIK & FINKELSTEIN
Ira A. Finkelstein (IF 0827)
645 Fifth Avenue, Suite 703
New York, New York 10022-5937
Tel: (212) 599-7575
Fax: (212) 867-8120
Email-finkelstein@harnik.com

Attorneys for Defendants
Joseph Anthony, Inc. and
Enis Yartim

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

CHANEL, INC., a New York Corporation

    Plaintiff,

- against -

JOSEPH ANTHONY, INC., a New Jersey corporation, and
ENIS A. YARTIM a/k/a ANTHONY YARTIM a/k/a ENIS
TONY YARTIM a/k/a TONY, an individual, jointly and
individually d/b/a JOSEPH ANTHONY, and DOES 1-10,

    Defendants.

------------------------------------- x

No. 09 CIV 4944 (WHP)

**NOTICE OF APPEARANCE**

Please take notice that the undersigned hereby appears as counsel for Defendants JOSEPH ANTHONY, INC. and ENIS YARTIM (also allegedly named as "Enis A. Yartim", "Anthony Yartim", "Enis Tony Yartim" and "Tony").

Dated: New York, New York
       September 17, 2009

HARNIK & FINKELSTEIN LLP

BY: _____
    IRA A. FINKELSTEIN (IF 0827)

Olympic Tower
645 Fifth Avenue, Suite 703
New York, NY 10022-5937
(212) 599-7575
Fax: (212) 867-8120
finkelstein@harnik.com