

GIBNEY
ANTHONY &
FLAHERTY LLP

```
┌─────────────────────────┐
│ USDC SDNY               │
│ DOCUMENT                │
│ ELECTRONICALLY FILED    │
│ DOC #: _____  │
│ DATE FILED: 9/23/09     │
└─────────────────────────┘
```

Attorneys at Law
665 Fifth Avenue
New York, NY 10022
212.688.5151
212.688.8315 Fax
www.gibney.com

September 17, 2009

*Application granted. This court will hold the initial pre-trial conference on*

**Via Facsimile (212) 805-6390**
Honorable William H. Pauley, III
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

SO ORDERED: *October 23, 2009, at 10:15 a.m.*

WILLIAM H. PAULEY III U.S.D.J.
9/22/2009

Re:   **Chanel, Inc. v. Joseph Anthony, Inc., et al.; Case No. 09-cv-4944**

Dear Judge Pauley:

    This firm represents the Plaintiff Chanel, Inc., in the above referenced matter. This correspondence is being sent to Your Honor to request an adjournment of the Initial Pretrial Conference currently set for September 25, 2009, as well as adjournment of the parties' requirement to submit their Rule 26(f) discovery plan which is currently due September 18, 2009 pursuant to the Court's Scheduling Order, dated August 21, 2009.

    The Plaintiff and the Defendants in this proceeding, have been engaged in ongoing settlement negotiations for the past several weeks. The parties are very close to finalizing settlement, and anticipate exchanging final settlement papers within the next fourteen (14) days. However, the parties do not anticipate finalizing the settlement of this matter in advance of the September 25, 2009 Initial Pretrial Conference. In order to allow the parties to finalize the settlement of this matter without incurring any additional litigation expenses, Chanel respectfully requests an adjournment of the September 25, 2009 Initial Pretrial Conference and the associated requirement for the submission of the parties' Rule 26(f) discovery plan on September 18, 2009. This is the first request for an adjournment of the Initial Pretrial Conference in this matter.

    Counsel for Plaintiff has contacted counsel for the Defendants who consents to the adjournments requested herein.

San Francisco Office: Two Transamerica Center, 505 Sansome Street, Suite 1200, San Francisco, CA 94111 tel 415.901.2270

Associated Offices: Gros & Waltenspuhl, Rue Beauregard 9, CH-1204 Geneva, Switzerland tel +41 22.311.3833
Magrath LLP, 66/67 Newman Street, London, W1T 3EQ, United Kingdom tel +44 207.495.3003

**GIBNEY ANTHONY & FLAHERTY** LLP

The parties received permission from Your Honor's chambers prior to faxing this letter.

Thank you for your attention to this matter.

Respectfully submitted,

Christina L. Winsor

DMP/mc

cc: Stephen M. Gaffigan, Esq.
    Denise G. Darmanian, Esq.
    Ira Finkelstein, Esq.

September ____, 2009    SO ORDERED: _____
                                                           WILLIAM H. PAULEY, III
                                                           United States District Judge