```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                              :
CHANEL, INC.,                                 :
                                              :
                        Plaintiff,            :    09 Civ. 4944 (WHP)
                                              :
        -against-                             :    ORDER
                                              :
JOSEPH ANTHONY, INC. et al.,                  :
                                              :
                        Defendants.           :
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/13/09

WILLIAM H. PAULEY III, District Judge:

It having been reported to this Court that this action has been or will be settled, the action is discontinued without costs to any party, and without prejudice to restoring it to this Court's calendar if such application is made within thirty (30) days of the date of this Order. The Clerk of Court is directed to terminate all motions pending as of this date and mark this case closed.

Dated: October 13, 2009
       New York, New York

                              SO ORDERED:

                              _____
                              WILLIAM H. PAULEY III
                                     U.S.D.J.

-1-

*Counsel of Record:*

John Macalusa, Esq.
Gibney, Anthony & Flaherty, LLP
665 Fifth Avenue
New York, NY 10022

Stephen M. Gaffigan, Esq.
Stephen M. Gaffigan, P.A.
312 S.E. 17th Street, Second Floor
Ft. Lauderdale, FL 33316
*Counsel for Plaintiff*